```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
WAYNE C. JAMES,
```

                    Petitioner,                    **ORDER**

         -against-                    18 Civ. 0932 (KMK)(PED)

DEBORAH McCULLOUGH,

                    Respondent.
```
-------------------------------------------------------X
```
**PAUL E. DAVISON, U.S.M.J.**

    *Pro se* petitioner Wayne C. James seeks a federal writ of habeas corpus pursuant to 28 U.S.C. §2254, with regard to his ongoing civil commitment pursuant to Article 10 of the New York Mental Hygiene Law. This matter is before me pursuant to an Order of Reference dated February 16, 2018 (Dkt. #5).

    By letter motion dated July 24, 2018 (Dkt. #21), petitioner sought appointment of counsel; by Order dated February 15, 2019 (Dkt. #29), this Court denied petitioner's request.

    Presently before this Court are petitioner's renewed requests for appointment of counsel (Dkt. #38, #41). For the reasons set forth in this Court's previous Order (Dkt. #29), petitioner's renewed requests are **DENIED WITHOUT PREJUDICE**. The Court will reconsider appointing counsel in the event that an evidentiary hearing is required.

Dated: April 29, 2021                    **SO ORDERED.**
       White Plains, New York

                                            PAUL E. DAVISON, U.S.M.J.

*Copy mailed to Pro Se Plaintiff
by Chambers 4/29/21 to address on
docket