UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WAYNE C. JAMES,

                       Petitioner,

        -against-                                    18 **CIVIL** 932 (KMK)(PED)

## JUDGMENT

DANIELLE DILL, Executive Director,

                       Respondent.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 13, 2023, having conducted a thorough and de novo review of the remainder of the R&R, finds no error. The Court has adopted the outcome of Judge Davison's R&R. Petitioner's writ of habeas corpus is accordingly dismissed with prejudice. As Petitioner has not made a substantial showing of the denial of a constitutional right, a Certificate of Appealability shall not be issued, see 28 U.S.C. § 2253(c)(2); Lucidore v. N.Y. State Div. of Patrol, 209 F.3d 107, 111–12 (2d Cir. 2000), and the Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this judgment on the merits would not be taken in good faith, see Coppedge v. United States, 369 U.S. 438, 445 (1962) ("We consider a [petitioner's] good faith . . . demonstrated when he seeks appellate review of any issue not frivolous."); Burda Media Inc. v. Blumenberg, 731 F. Supp. 2d 321, 322–23 (S.D.N.Y. 2010) (citing Coppedge and noting that an appeal may not be taken in forma pauperis if the court certifies in writing that it was not taken in good faith). Judgment is entered in favor of Respondent; accordingly, the case is closed.

**Dated:**  New York, New York

        February 14, 2023

                                                                  **RUBY J. KRAJICK**

                                                                   _____
                                                                        **Clerk of Court**

                                          **BY:**      *K. Mango*

                                                                   _____
                                                                        **Deputy Clerk**